BLOOMER, Appellant, v. COUGHLIN–SANFORD SWITCH CO., Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Ada B. Bloomer against the Coughlin-Sanford Switch Company. W. M. Seabury, for appellant. A. Thain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) In the matter of the application of the board of education relative to acquiring title by the city of New York to certain lands on the northwest corner of Classon and St. Marks avenues, in the borough of Brooklyn. No opinion. Referee's report confirmed, and application granted.

---

BOLDT, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Anna Boldt against the Press Publishing Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re BOSSARD'S ESTATE. (Supreme Court, Appellate Division, First Department. June 9, 1905.) In the matter of August Bossard's Estate. No opinion. Order affirmed, with $10 costs and disbursements against the appellants personally.

---

BRIDGES, Respondent, v. NATIONAL BANK OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by William R. Bridges, as general assignee, etc., against the National Bank of Troy. No opinion. Judgment unanimously affirmed, with costs.

---

BRINGLEY, Appellant, v. GRAPE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Mary Bringley against John Grape.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

---

BROADBROOKS et al., Appellants, v. TOLLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by George C. Broadbrooks and another against Edward D. Tolles.

PER CURIAM. Order modified, by requiring the plaintiff to furnish a bill of particulars stating the times, places, and character of the goods claimed to have been sold, and also the names of the purchasers when known, and, as so modified, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and WILLIAMS, J., dissent, and vote for reversal of the order.

---

BROWN, Appellant, v. COHEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Walstein F. Brown against Aaron Cohen and another.

PER CURIAM. Judgment of County Court reversed, with costs, and that of justice's court affirmed, with costs.

STOVER, J., dissents.

---

BROWN v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Bina F. Brown against the Manhattan Railway Company. No opinion. Order affirmed, with $10 costs and disbursements. See 81 N. Y. Supp. 755.

---

BROWN, Appellant, v. RUTH, Respondent. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Twelfth District. Action by Thomas Brown against Abraham Ruth. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Samuel M. Fischer, for appellant. Feltenstein & Rosenstein, for respondent.

PER CURIAM. There was no competent evidence in the case showing how much work was actually done by the plaintiff for the defendant, and therefore the plaintiff was not injured by the direction of a verdict in his favor. The judgment appealed from is affirmed, with costs.

---

BURKE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Thomas F. Burke, administrator, against the New York Central & Hudson River Railroad Company. C. C. Ferris, for appellant. R. A. Kutschbock, for respondent. No opinion. Reargument ordered.

---

BURNS, Respondent, v. OLD STERLING IRON & MINING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Milo Burns against the Old Sterling Iron & Mining Company.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

---

BUTLER v. WRIGHT. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by George P. Butler against Richard H. Wright. No opinion. Motion denied, with $10 costs.